**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHELE A. LEAHY,<br><br>Plaintiff,<br>v.<br><br>HER PLACE LLC, a Pennsylvania limited liability company, d/b/a HER PLACE SUPER CLUB, and ADR 18th & SANSOM, LLC, a Pennsylvania limited liability company,<br><br>Defendants. | Civil Action No.: 2:26-cv-02379-JFM |

**DEFENDANTS HER PLACE LLC d/b/a HER PLACE SUPPER CLUB and ADR 18th & SANSOM, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendants Her Place LLC d/b/a Her Place Supper Club (incorrectly identified as Her Place LLC d/b/a Her Place Super Club) ("Her Place") and ADR 18th and Sansom, LLC ("ADR 18th & Sansom") (collectively "Defendants") by and through their counsel, Kaufman Dolowich LLP, answer Plaintiff Michele Leahy's Complaint as follows:

**JURISDICTION AND PARTIES**

1. Defendants neither admit nor deny the allegations in this paragraph of the Complaint as they are conclusions of law to which no response is required. To the extent a response is required, Defendants deny the allegations, except to admit only that Plaintiff asserts claims under Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 ("ADA").

2. Defendants neither admit nor deny the allegations in this paragraph of the Complaint as they are conclusions of law to which no response is required. To the extent a response is required, Defendants deny the allegations and Plaintiff is left to her proofs.

3. Defendants neither admit nor deny the allegations in this paragraph of the Complaint as they are conclusions of law to which no response is required. To the extent a response is required, Defendants deny the allegations and Plaintiff is left to her proofs.

4. After reasonable investigation, Defendants are presently without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph of the Complaint regarding Plaintiff's residence and her alleged medical diagnoses and the same are therefore denied, and Plaintiff is left to her proofs. Defendants deny the remaining allegations in this paragraph of the Complaint both factually and as conclusions of law.

5. Defendants admit only that Her Place is the lessee and ADR 18th & Sansom is the owner of the property located at 1740 Sansom Street, Philadelphia, Pennsylvania (the "Property"). Defendants deny the remaining allegations in this paragraph of the Complaint both factually and as conclusions of law.

6. Defendants neither admit nor deny the allegations in this paragraph of the Complaint as they are conclusions of law to which no response is required. To the extent a response is required, Defendants deny the allegations and Plaintiff is left to her proofs.

**COUNT I – VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT**

7. Defendants neither admit nor deny the allegations in this paragraph of the Complaint, as they refer to a statute, the language of which speaks for itself. To the extent a response is required, Defendants deny Plaintiff's characterizations of the statute, and Plaintiff is left to her proofs.

8. Defendants neither admit nor deny the allegations in this paragraph and its subparts of the Complaint, as they refer to a statute, the language of which speaks for itself. To the extent a

response is required, Defendants deny Plaintiff's characterizations of the statute, and Plaintiff is left to her proofs.

9. Defendants neither admit nor deny the allegations in this paragraph and its subparts of the Complaint, as they refer to a statute, the language of which speaks for itself. To the extent a response is required, Defendants deny Plaintiff's characterizations of the statute, and Plaintiff is left to her proofs.

10. Defendants neither admit nor deny the allegations in this paragraph of the Complaint as they are conclusions of law to which no response is required. To the extent a response is required, Defendants deny the allegations and Plaintiff is left to her proofs.

11. Defendants neither admit nor deny the allegations in this paragraph of the Complaint as they are conclusions of law to which no response is required. To the extent a response is required, Defendants deny the allegations and Plaintiff is left to her proofs.

12. Defendants deny the allegations in this paragraph of the Complaint both factually and as conclusions of law.

13. Defendants deny the allegations in this paragraph of the Complaint both factually and as conclusions of law.

14. After reasonable investigation, Defendants are presently without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph of the Complaint regarding whether Plaintiff visited the Property and the same are therefore denied, and Plaintiff is left to her proofs. Defendants deny the remaining allegations in this paragraph of the Complaint both factually and as conclusions of law.

15. Defendants neither admit nor deny the allegations in this paragraph of the Complaint, as they refer to federal regulations, the language of which speak for themselves. To the

extent a response is required, Defendants deny Plaintiff's characterizations of the regulations, and Plaintiff is left to her proofs.

16. Defendants deny the allegations in this paragraph and its subparts of the Complaint both factually and as conclusions of law.

17. Defendants deny the allegations in this paragraph of the Complaint both factually and as conclusions of law.

18. Defendants deny the allegations in this paragraph of the Complaint both factually and as conclusions of law.

19. Defendants deny the allegations in this paragraph of the Complaint both factually and as conclusions of law.

20. Defendants neither admit nor deny the allegations in this paragraph of the Complaint as they are conclusions of law to which no response is required. To the extent a response is required, Defendants deny the allegations and Plaintiff is left to her proofs.

21. There are no allegations in this paragraph of the Complaint as it is an incorporation paragraph only and therefore no response is required thereto. To the extent a response is required, Defendants incorporate by reference their responses to the allegations above as if set forth at length herein.

**COUNT II – VIOLATIONS OF THE PENNSYLVANIA HUMAN RELATIONS ACT**

22. Defendants neither admit nor deny the allegations in this paragraph of the Complaint, as they refer to a statute, the language of which speaks for itself. To the extent a response is required, Defendants deny Plaintiff's characterizations of the statute, and Plaintiff is left to her proofs.

23. Defendants neither admit nor deny the allegations in this paragraph of the Complaint, as they refer to a statute, the language of which speaks for itself. To the extent a response is required, Defendants deny Plaintiff's characterizations of the statute, and Plaintiff is left to her proofs.

24. Defendants admit only that Her Place and ADR 18th & Sansom are both Pennsylvania limited liability companies. Defendants neither admit nor deny the remaining allegations in this paragraph of the Complaint as they are conclusions of law to which no response is required. To the extent a response is required, Defendants deny the allegations and Plaintiff is left to her proofs.

25. Defendants neither admit nor deny the allegations in this paragraph of the Complaint as they are conclusions of law to which no response is required. To the extent a response is required, Defendants deny the allegations and Plaintiff is left to her proofs.

26. Defendants neither admit nor deny the allegations in this paragraph of the Complaint as they are conclusions of law to which no response is required. To the extent a response is required, Defendants deny the allegations and Plaintiff is left to her proofs.

27. Defendants deny the allegations in this paragraph of the Complaint both factually and as conclusions of law.

28. Defendants deny the allegations in this paragraph of the Complaint both factually and as conclusions of law.

29. Defendants deny the allegations in this paragraph of the Complaint both factually and as conclusions of law.

30. There are no allegations in this paragraph of the Complaint as it is an incorporation paragraph only and therefore no response is required thereto. To the extent a response is required,

Defendants incorporate by reference their responses to the allegations above as if set forth at length herein.

**ATTORNEYS' FEES, COSTS, AND DAMAGES**

31. Defendants admit only that Plaintiff has retained counsel for this action. Defendants specifically deny Plaintiff's characterization of the retention of her counsel, and she is left to her proofs. Defendants deny the remaining allegations in this paragraph of the Complaint both factually and as conclusions of law.

32. Defendants deny the allegations in this paragraph of the Complaint both factually and as conclusions of law.

33. There are no allegations in this paragraph of the Complaint as it is prayer for relief only and therefore no response is required thereto. To the extent a response is required, Defendants incorporate by reference their responses to the allegations above as if set forth at length herein.

**INJUNCTIVE RELIEF**

34. Defendants neither admit nor deny the allegations in this paragraph of the Complaint as they are conclusions of law to which no response is required. To the extent a response is required, Defendants deny the allegations and Plaintiff is left to her proofs.

**WHEREFORE**, Defendants demand the entry of judgment in their favor dismissing with prejudice any and all claims asserted against them, together with any other relief this Court deems just and appropriate.

**AFFIRMATIVE DEFENSES**[1]

Without assuming any burden of proof that would otherwise rest with Plaintiff, Defendants

[1] Defendants reserve the right to assert additional defenses and/or supplement, alter, and change their Answer to Plaintiff's Complaint upon the revelation of more definite facts by the various parties to this suit and third-party witnesses.

state the following affirmative defenses:

1. Plaintiff's Complaint as a whole and each count individually fails to state a claim upon which relief can be granted.

2. Defendants acted lawfully and appropriately at all times herein and did not violate the ADA, the Pennsylvania Human Relations Act ("PHRA"), or any other statute, law or ordinance.

3. Defendants complied with all governing laws, statutes, and policies in dealing with Plaintiff.

4. Defendants did not engage in any unlawful or discriminatory conduct against Plaintiff.

5. Plaintiff was not subjected to disability discrimination of any kind.

6. Plaintiff was not a qualified individual with a disability within the meaning of the ADA or PHRA.

7. At all relevant times, Defendants acted in good faith to ensure full compliance with Title III of the ADA, and all other applicable state and local public accommodation laws to the extent readily achievable and/or required by law.

8. Plaintiff cannot establish that she was denied access to the Property on any particular occasion.

9. Defendants are not obligated to make alterations sought by Plaintiff that would result in an undue financial and administrative burdens or would require structural changes in existing facilities where other methods are effective to achieve compliance under Title III of the Americans with Disabilities Act.

10. The removal of any barriers by Defendants is excused to the extent such barrier

removal is structurally infeasible and/or not readily achievable.

11. Any changes Plaintiff advocates for are barred to the extent they are practically difficult, pose an unnecessary hardship, and/or are extreme so that such changes are not required and/or are subject to exception.

12. Plaintiff's claims are barred, in whole or in part, because the Property was built prior to 1990 and has not undergone any significant structural changes/updates.

13. Plaintiff's claims against Defendants are barred or limited because Defendants acted in a proper and appropriate manner and their acts were not a factor in the damages, if any, suffered by Plaintiff.

14. Plaintiff did not suffer any damages as a result of any action or inaction of Defendants for which Defendants can be liable.

15. Plaintiff's claims are insufficient to entitle her to an award of attorneys' fees and costs.

16. Plaintiff is not entitled to declaratory relief and/or injunctive relief to the extent sought in the Complaint.

17. If Plaintiff suffered any damages or losses, which Defendants deny, such damages or losses were not proximately caused by any unlawful acts or omissions of Defendants, but were caused in whole or in part by Plaintiff's own acts, omissions or conduct, or by the acts, omissions or conduct of third parties other than that of Defendants about which Defendants had no prior knowledge and for whom they had no duty of supervision or control and are not legally responsible.

18. In the event that Plaintiff is entitled to a recovery herein, the same being specifically denied, Defendants are entitled to a credit for any sums received from other sources for payment

of any alleged damages and/or losses.

Respectfully submitted this 19h day of June 2026,

**KAUFMAN DOLOWICH LLP**

BY: /s/ Katharine W. Fogarty
Katharine W. Fogarty, Esquire
Gabrielle Talvacchia, Esquire
One Liberty Place
1650 Market Street, Suite 4800
Philadelphia, PA 19103
(215) 501-7044/7065 (Phone)
(215) 405-2973 (Fax)
kfogarty@kaufmandolowich.com
gabrielle.talvacchia@kaufmandolowich.com
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHELE A. LEAHY,<br><br>Plaintiff,<br>v.<br><br>HER PLACE LLC, a Pennsylvania limited liability company, d/b/a HER PLACE SUPER CLUB, and ADR 18th & SANSOM, LLC, a Pennsylvania limited liability company,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.: 2:26-cv-02379-JFM |

I, Gabrielle Talvacchia, Esquire, hereby certify that on this 19th day of June 2026, I caused a true and correct copy of Her Place LLC d/b/a Her Place Supper Club (incorrectly identified as Her Place LLC d/b/a Her Place Super Club) and ADR 18th and Sansom, LLC's Answer and Affirmative Defenses to Plaintiff's Complaint to be served via electronic filing on Counsel listed below:

Ben-Zion Bradley Weitz
The Weitz Law Firm, P.A.
18305 Biscayne Boulevard
Suite 400
Aventura, FL 33160
*Counsel for Plaintiff*

**KAUFMAN DOLOWICH LLP**

BY: /s/ Gabrielle Talvacchia
Gabrielle Talvacchia, Esquire